UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BIPIN PATEL,

                Plaintiff,

-vs-                                                             Case No. 2:11-cv-524-FtM-36SPC

DYCK O'NEIL, INC.,

                Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Motion to Strike Plaintiff's Untitled Document Filed 9/30/2011 (DE 10) (Doc. #11) filed on October 4, 2011. On September 30, 2011, Plaintiff *pro se* Bipin Patel filed a Notice with the Court indicating that he had not received Defendant's removal papers and stating that Defendant's certificate of service which indicates that he was mailed the removal papers at his home address is not true. It appears though that both the Court and the Defendant have the correct mailing address for Plaintiff: 20318 Torre Del Lago, Estero, Florida 33928. Defendant moves to strike this Notice and provides the Court with a copy of the certified mail receipt and USPS tracking log which indicates that the removal papers were left at Plaintiff's home address.

The Court finds that striking the Notice from the record of this case would not be appropriate even though the Court doubts Plaintiff's allegations that the removal papers were not delivered to his home address. The Court assumes that if mail is sent to Plaintiff's home address and it is not returned to the sender as undeliverable that the mail was indeed delivered and is available at Plaintiff's home for him to read. Mailing of the pleadings and correspondence in this case to

Plaintiff's correct home address is all that is required of Defendant. Plaintiff is cautioned that in the future any claims by Plaintiff that he did not receive the filings and correspondence regarding this case will be no excuse. Plaintiff is required to keep his home address updated and current with both this Court and defense counsel. Upon review of the docket the Court also notes that Plaintiff has been filing letters and notices with the Court. Plaintiff is advised that if he would like any relief or to make any requests of this Court he must do so by titling his pleading as a "motion."

As a courtesy, the Court will direct the Clerk to send the removal materials to Plaintiff.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Strike Plaintiff's Untitled Document Filed 9/30/2011 (DE 10) (Doc. #11) is **DENIED**. The Clerk is directed to send the removal materials (Doc. #2 and its exhibits) to Plaintiff at 20318 Torre Del Lago, Estero, Florida 33928.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record